IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:02CR42 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MILES D. BOHAC, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on the parties' joint oral motion.

IT IS ORDERED:

1. The arrest warrant (Filing No. 34) should be lodged as a detainer with the Kimball County, Nebraska, authorities;

2. The arrest warrant (Filing No. 34) should only be executed once the Defendant is released by the Kimball County authorities during or upon resolution of the pending Kimball County proceedings; and

3. The Clerk is directed to deliver a certified copy of this order to the U.S. Marshal for this district.

DATED this 5th day of September, 2008.

BY THE COURT:

S/Laurie Smith Camp
United States District Judge